"O"

FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MATTHEW LEE DAUBERMAN, <br> Defendant. | Case No.: MJ-15-123 <br><br> ORDER OF DETENTION <br><br> [Fed. R. Cim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Southern District of California</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>unknown whereabouts after defendant stopped reporting to probation officer.</u>

and/or

B.    (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: <u>nature of the offenses</u>

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: <u>January 28, 2015</u>

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge